CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

June 16, 2026

LAURA A. AUSTIN, CLERK
BY: s/J.Vasquez
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| BRUCE A. ESTES, | ) | |
| Plaintiff, | ) | Civil Action No. 7:25-cv-00817 |
| | ) | |
| v. | ) | |
| | ) | By: Elizabeth K. Dillon |
| VIRGINIA DEPARTMENT OF | ) | Chief United States District Judge |
| CORRECTIONS, *et al.*, | ) | |
| Defendants. | ) | |

**MEMORANDUM OPINION AND ORDER**

*Pro se* plaintiff Bruce A. Estes, a Virginia inmate at Green Rock Correctional Center, filed this 42 U.S.C. § 1983 complaint alleging deliberate indifference to his serious medical needs. (*See* Dkt. No. 1, Compl.) Estes alleges that he has been diagnosed with multiple herniated discs in his spine and medical specialists recommended the use of a TENS Unit. (Compl. 7–8.) Estes filed a motion or a preliminary injunction "compelling defendants to provide the treatments recommended by plaintiff's specialists, including a TENS Unit, pain management referral, and orthopedic consultation." (Dkt. No. 2.) Estes also moved for a temporary restraining order "requiring Green Rock Correctional Center and VADOC to exempt plaintiff from any activity or program which would require him to have to sit or stand in combination until adequate pain management be made available and cleared by a specialist." (Dkt. No. 3.)

The court notes that plaintiff filed with the court additional evidence pertaining to grievances. (Dkt. No. 20.) Within those documents, a Level II grievance was denied on February 2, 2026, with the following note: "Based on the information provided and upon further investigation, the Level I response of UNFOUNDED will be UPHELD. You are receiving a TENS unit, Ibuprofen 600mg three times daily as needed as KOP, and Lidocaine patch twice

daily as needed." (*Id.* at 8.)  Thus, it appears to the court that Estes's motions for injunctive

relief are moot, as he has received the pain management treatment recommended by specialists,

specifically the use of a TENS Unit.  *See, e.g.*, *Caballero v. Aranas*, 3:19-cv-00079-MMD-CLB,

2020 WL 8459158, at *3 (D. Nev. Dec. 11, 2020) (explaining that a prisoner requesting a

preliminary injunction for examination by a doctor "was seen by Dr. Benson who completed two

radiographs . . ., along with other testing, . . . . Thus, because Dr. Benson has already treated

Caballero, the relief requested is moot").

For these reasons, it is HEREBY ORDERED that plaintiff's motions for a preliminary

injunction and a temporary restraining order (Dkt. Nos. 2, 3) are DISMISSED WITHOUT

PREJUDICE as moot.  The Clerk shall send a copy of this memorandum opinion and order to

plaintiff and to all counsel of record.

Entered: June 16, 2026.

*/s/ Elizabeth K. Dillon*

Elizabeth K. Dillon
Chief United States District Judge

2